SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

SCOTT P. MOORE
BAIRD HOLM, LLP
1500 WOODMAN TOWER
1700 FARNAM STREET
OMAHA, NE 68102
TELEPHONE (402) 636-8268
FAX (402) 344-0588
E-MAIL   spmoore@bairdholm.com

Attorney for Defendants Holly Courts Limited Partnership

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff,<br><br>  vs.<br><br>Holly Courts Limited Partnership,<br><br>     Defendants | Case No. **12-cv-00787-MCE-CKD**<br><br>**ORDER RE: STIPULATION TO WITHDRAW DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND COSTS AND REQUEST FOR SANCTIONS** |

PROPOSED ORDER RE STIPULATION TO WITHDRAW DEFENDANT'S MOTION FOR ATTORNEY'S

FEES AND COSTS AND REQUEST FOR SANCTIONS

CIV: S-12-cv-00787-MCE-CKD - 1

1    In accordance with the parties' stipulation, IT IS
2 HEREBY ORDERED THAT Defendants' Motion for Attorney's Fees
3 and Costs and Request for Sanctions be and is hereby
4 WITHDRAWN.
5    IT IS SO ORDERED.

Dated:   December 19, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE STIPULATION TO WITHDRAW DEFENDANT'S MOTION FOR ATTORNEY'S
FEES AND COSTS AND REQUEST FOR SANCTIONS

CIV: S-12-cv-00787-MCE-CKD - 2